# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# SPARTANBURG DIVISION

| | | |
|---|---|---|
| Sheri Blackwell, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER OF DISMISSAL** |
| Medical Savings Insurance Company, | ) ) | C.A. No. 7:06-CV-3106-HFF |
| Defendant. | ) ) ) | |

This matter having been settled by and between the parties,

NOW, THEREFORE, on motion of Luanne Lambert Runge and James D. Brice of Gallivan, White & Boyd, P.A., attorneys for Defendant, Medical Savings Insurance Company, and with the consent of William E. Hopkins, Jr., attorney for the Plaintiff, Sheri Blackwell,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Amended Complaint of the Plaintiff be, and it is hereby dismissed with prejudice.

Spartanburg, SC  
December 3, 2008

s/Henry F. Floyd  
Henry F. Floyd  
United States District Judge

WE SO MOVE:


s/  Luanne Lambert Runge
Luanne Lambert Runge (# 5996)
(864) 271-5359
lrunge@gwblawfirm.com
James D. Brice (#1464)
(864)  271-5344
jbrice@gwblawfirm.com
Gallivan, White & Boyd, P.A.
55 Beattie Place, Suite 1200
P. O. Box 10589
Greenville, SC  29603
(864) 271-9580

Attorneys for Defendant

December 3, 2008



I CONSENT:


s/ William E. Hopkins, Jr.
William E. Hopkins, Jr. (#6075)
Susan F. Campbell (#9223)
Hopkins and Campbell, LLP
P.O. Box 11963
Columbia, SC 29211-1963
Phone: 803.256.6152
Fax: 803.256-6155
Email:    wehopkins@hopkinscampbell.com
Email:    scampbell@hopkinscampbell.com


Patrick E. Knie (#2370)
Patrick E. Knie, PA
Post Office Box 5159
Spartanburg, South Carolina 29304-5159
Phone: (864) 582-5118

Fax: (864) 585-1615
Email: pknie@knielaw.com

Andrew J. Johnston (#4707)
Post Office Box 3252
Spartanburg, South Carolina 29304
Phone: (864) 591-1093
Fax: (864) 591-1371
Email: ajj@justicewarriors.com

Gary E. Clary, Esquire (#157)
227 Club Meadows Court
Spartanburg, South Carolina  29302
Phone: (864) 415-0886
Fax:  (864) 250-8829
Email: gary.clary@gvltec.edu

Attorneys for Plaintiff


December 3, 2008